UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
**Civil Action No. 5:14-cv-00230-D**

Epic Games, Inc.,

Movant,

v.

Timothy Frederick Murphy-Johnson,

Respondent.

## EPIC GAMES, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.3, Epic Games, Inc., ("Epic") who is the Movant makes the following disclosure:

1. Epic is not a publicly held corporation or publicly held entity.
2. Epic does not have any parent corporations.
3. Tencent Holdings Ltd., a publicly traded company, owns a subsidiary that owns 10% or more of Epic's stock.
4. There is no other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation.
5. Epic is not a trade association.
6. This case does not arise out of a bankruptcy proceeding.

This 25th day of April, 2014.

**/s/ Douglas W. Kenyon**
Douglas W. Kenyon
N.C. Bar No. 13242
HUNTON & WILLIAMS LLP
421 Fayetteville Street, Suite 1400
Raleigh, NC 27601
(919) 899-3000
(919) 899-3226 ~ Fax
dkenyon@hunton.com

Ryan G. Rich
N.C. Bar No. 37015
HUNTON & WILLIAMS LLP
Bank of America Plaza, Suite 3500
101 South Tryon Street
Charlotte, NC 28280
Telephone: (704) 378-4778
Facsimile: (704) 331-5143
rrich@hunton.com

Michael R. Shebelskie
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Telephone: (804) 788-8716
Facsimile: (804) 788-8218
*mshebelskie@hunton.com*

*Attorneys For Movant, Epic Games, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **EPIC GAMES, INC.'S CORPORATE DISCLOSURE STATEMENT** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of such filing to the following attorney of record:

Chad A. McGowan
William A. McKinnon
McGOWAN, HOOD & FELDER, LLC
1539 Health Care Drive
Rock Hill, South Carolina 29732
*Attorneys for Respondent*

Also, I certify I have served the following attorney via email delivery and by depositing a copy of the same document in the U.S. Mail as follows:

Alan E. Engle
alan.engle@meenlegal.com
MEADOR & ENGLE
155 N. Riverview Drive
Suite 313
Anaheim Hills, CA 92808
*Attorney for Respondent*

This 25th day of April, 2014.

**/s/ Douglas W. Kenyon**