EXHIBIT A

**Muth, Kathy**

**From:** Alan Engle <alan.engle@meenlegal.com>
**Sent:** Friday, April 25, 2014 7:30 PM
**To:** Rich, Ryan G.
**Cc:** Chad Mcgowan; Shebelskie, Michael; Kenyon, Douglas W. (US); Bill McKinnon; Jordan Calloway
**Subject:** Re: Epic Games_Johnson - urgent need to remedy Johnson's filing of highly-confidential information pertaining to Epic Games
**Attachments:** TJ arb demand Ex C READACTED 4-25-14.pdf

Ryan,

Per our call, I'm attaching a redacted version of the stock capitalization chart, which is Ex. C to the Arbitration Demand. Please let me know if you have any concerns with our replacing the filed version with the attached redacted version. I believe Jordan will work toward getting this on file on Monday. Please let me know if you have any questions. As I indicated, we may later seek to file an unredacted version, either under seal or as a standard filing. We would inform you before doing so.

Regards,

Alan

On Fri, Apr 25, 2014 at 4:02 PM, Bill Mckinnon <bmckinnon@mcgowanhood.com> wrote:
Ryan,

Jordan will be in the office and will either file a redacted page, or consent to filing under seal. Please call him Monday to discuss.

If you want to prepare a proposed redacted stock capitalization form and send to Jordan, that would likely speed things up since you know what particular information your client is concerned about.

-Bill

Sent from my iPhone

On Apr 25, 2014, at 6:55 PM, "Alan Engle" <alan.engle@meenlegal.com> wrote:

> Ryan,
>
> I'm available now. We will work toward getting a redacted version on file Monday or soon thereafter. Bill McKinnon will be tied up, so please contact Jordan Calloway at McGowan Hood or me (after 9am PST) on Monday to discuss. They haven't yet processed my pro hac vice paperwork, so Jordan will likely be handling the matter.
>
> Alan

On Fri, Apr 25, 2014 at 3:12 PM, Rich, Ryan G. <rrich@hunton.com> wrote:

Gentlemen:

The pleading you filed today for Mr. Johnson included exhibits that contain highly-confidential information concerning Epic Games. That information should not be made part of the public record, and we believe your client has ongoing obligations to maintain it as confidential. We presume the disclosure was not intentional, and we would like to discuss this issue with you promptly so that the exhibits can be filed in a corrected format with redactions or under seal, as the Court permits.

We attempted to reach both Chad and Alan by phone late this afternoon, but have been unsuccessful. Please advise as to your earliest availability Monday morning to discuss. Thanks in advance.

- Ryan

Bio vCard

<image001.png>

**Ryan Rich**
Associate
rrich@hunton.com

Hunton & Williams LLP
Bank of America Plaza, St 3500
101 South Tryon St
Charlotte, NC 28280
Direct: 704.378.4778
Fax: 704.331.5143
www.hunton.com

--

Meador & Engle
www.meenlegal.com

155 N. Riverview Dr., Suite 313
Anaheim Hills, CA 92808
Phone: 310-428-6985
Fax: 714-386-5368

This e-mail (including any attachments) may be privileged and/or confidential under the attorney-client privilege, attorney work-product doctrine. or other basis. If you are not the intended recipient of this communication, please notify the sender. Any retention, dissemination, distribution, or copying of confidential attorney-client communications is prohibited.

--

Meador & Engle
www.meenlegal.com

155 N. Riverview Dr., Suite 313
Anaheim Hills, CA 92808
Phone: 310-428-6985
Fax: 714-386-5368

This e-mail (including any attachments) may be privileged and/or confidential under the attorney-client privilege, attorney work-product doctrine, or other basis. If you are not the intended recipient of this communication, please notify the sender. Any retention, dissemination, distribution, or copying of confidential attorney-client communications is prohibited.