EXHIBIT B

## CAPITALIZATION OF EPIC GAMES, INC. AS OF APRIL [6], 2005

| Shareholder | Shares of Common Stock | | Issued and Outstanding Percentage Ownership | Fully-Diluted Percentage Ownership | |
|---|---|---|---|---|---|
| [redacted] | [redacted] | | [redacted] | [redacted] | |
| Total Issued and Outstanding Stock | [redacted] | | | | |
| | | | | | |
| **Optionholder** | **Options** | | **Exercise Price/Share**** | **Fully-Diluted Percentage Ownership** | **Shares Vested as of April [6], 2005** |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| Tim Johnson | [redacted] | | [redacted] | 1.00% | 0 |
| | | | | | |
| Total Options Outstanding | [redacted] | | | | [redacted] |
| Total Fully-Diluted Shares Outstanding | [redacted] | | | | |
| | | | | | |

[redacted]