THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5: 14-cv-230

EPIC GAMES, INC.,
A Maryland Corporation,

                Plaintiff,

v.

TIMOTHY FREDERICK MURPHY-
JOHNSON

                Defendant.

ORDER

This case comes before the Court on Plaintiff Epic Games, Inc.'s ("Epic") Consent Motion and Memorandum to Seal Exhibit and Replace with a Redacted Version.

WHEREAS, the material proposed to be filed under permanent seal and replaced with a redacted version references a stock capitalization table that discloses confidential, highly-sensitive financial information about Epic and non-party current and former employees;

WHEREAS, the material proposed to be made publicly available is a redacted version of that same material previously filed; and

WHEREAS, the Court has considered other alternatives and finds the request to seal to be appropriate under the circumstances.

NOW, THEREFORE, upon consideration of the record, Epic's consent motion and pursuant to the provisions of Rule 26 of the Federal Rules of Civil Procedure and Local Rule 79.2,

IT IS ORDERED THAT:

Epic's consent motion is GRANTED.

The stock capitalization table at issue is designated as Highly Confidential and will remain under permanent seal in all filings in which it is found in this matter. The Court is aware that the stock capitalization table has been included as an exhibit to Murphy-Johnson's notice of removal (D.E. 1-1 at Ex. C) and his answer to Epic's application for injunctive relief (D.E. 3-1 at Ex. C). The document will remain under seal in both places and will be replaced with the redacted version.

SO ORDERED. This 28 day of May 2014.

/s/ James C. Dever
JAMES C. DEVER III
Chief United States District Judge

2