THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-CV-230

| | |
|---|---|
| EPIC GAMES, INC., a Maryland Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>TIMOTHY FREDERICK MURPHY-JOHNSON,<br><br>    Defendant. | ORDER<br>TO STAY DISCOVERY |

This matter is before the Court on Plaintiff Epic Games, Inc.'s ("Epic") Consent Motion to Stay Rule 26(a) Disclosures and Discovery Pending Ruling on Motion to Remand. Because the question of federal court jurisdiction has not yet been ruled upon by this Court and because the Defendant Timothy Murphy-Johnson does not object to the Epic's Motion, the request to stay the requirements outlined in the Court's Order for Discovery Plan, including the Rule 26(a) initial disclosures and subsequent discovery requirements dependent on the Rule 26(f) meeting, is reasonable until jurisdiction is determined, and is hereby GRANTED.

Therefore, it is ORDERED that the Rule 26(a) disclosures and other discovery deadlines in this matter are stayed until the Court rules on Epic's Motion to Remand.

SO ORDERED. This **6** day of July 2014.

JAMES C DEVER III
Chief United States District Judge